# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4330
_____

R.M., Father of G.M. and R.M.,
Minor Children,

     Petitioner,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Respondent.

_____

Petition for Writ of Certiorari–Original Jurisdiction.

March 1, 2019

PER CURIAM.

     DENIED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jennifer Barbookles, Tampa, for Petitioner.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Respondent.